36179. LEE MERRITT HATCHERY, INC., *v.* BURT *et al.*

GARDNER, P. J. Counsel for the plaintiff in error complied with Code (Ann. Supp.) § 6-908.1 (Ga. L. 1946, pp. 726, 735), in accord with the rule requiring notice and an opportunity to be heard. However, this was not an acknowledgment of service or waiver of service of the bill of exceptions, as provided by Code §§ 6-911 and 6-912. It follows that this court is without jurisdiction of the writ of error and it must be dismissed. See *Mauldin* v. *Mauldin,* 203 *Ga.* 123 (45 S. E. 2d 818); *Carter* v. *State,* 204 *Ga.* 242 (49 S. E. 2d 492); *Henry* v. *Gillis,* 204 *Ga.* 397 (50 S. E. 2d 73); *State of Georgia, ex rel. Dawson,* v. *Denmark,* 204 *Ga.* 464 (49 S. E. 2d 898); *Irwin* v. *LeCraw,* 206 *Ga.* 702 (58 S. E. 2d 383); *Conley Housing Corp.* v. *Coleman,* 210 *Ga.* 219 (78 S. E. 2d 503); and *Nichols* v. *Nichols,* 210 *Ga.* 232 (78 S. E. 2d 513).

*Writ of error dismissed. Townsend and Carlisle, JJ., concur.*

DECIDED MAY 15, 1956.

*C. Winfred Smith,* for plaintiff in error.
*Telford, Wayne & Smith,* contra.